# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 17, 2025
Lyle W. Cayce
Clerk

No. 24-60223

_____

AT&T, Incorporated,

*Petitioner,*

versus

Federal Communications Commission; United States of America,

*Respondents.*

_____

Petition for Review of the Federal Communications Commission
Agency No. 24-40
_____

Before Haynes, Duncan, and Wilson, *Circuit Judges.*[*]

JUDGMENT

This cause was considered on the petition of AT&T, Incorporated for review of an order of the Federal Communications Commission and was argued by counsel.

IT IS ORDERED and ADJUDGED that the petition for review is GRANTED and the Commission's forfeiture order is VACATED.

_____

[*] Judge Haynes concurs in the judgment only.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.