No. 24-60223

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

AT&T INC.,

*Petitioner*,

v.

FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA,

*Respondents*.

On Petition for Review of an Order of the Federal Communications Commission

## RESPONDENTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING

Federal Respondents (the Federal Communications Commission and United States of America) request an extension of time of 14 days, to and including June 16, 2025, to file a petition for rehearing related to the panel decision dated April 17, 2025. Petitioner AT&T Inc. does not oppose this request.

1. The panel issued a decision in this case on April 17, 2025, granting AT&T's Petition for Review and vacating a forfeiture order

issued against AT&T. Because June 1, 2025, is a Sunday, a petition for rehearing of the panel decision is due on June 2, 2025.

2. Federal Respondents request additional time to consider whether to file a petition for rehearing and to prepare such a petition. This process requires consultation between the Federal Communications Commission and the Department of Justice, which represents the United States. The additional time will give the Department of Justice, including the Solicitor General, adequate time to consider whether to file a petition for rehearing *en banc*. *See* 28 C.F.R. § 0.20(b) (assigning authority to file *en banc* petition to Solicitor General).

3. Federal Respondents thus request that the Court extend the deadline to file a petition for rehearing by 14 days, up to and including June 16, 2025.

## CONCLUSION

The motion for an extension of time to file a petition for rehearing should be granted.

Dated: May 16, 2025

Respectfully submitted,

/s/ *Adam Sorensen*

Adam Candeub
  *General Counsel*

Jacob M. Lewis
  *Associate General Counsel*

Sarah E. Citrin
  *Deputy Associate General Counsel*

Abigail A. Slater
  *Assistant Attorney General*

Adam L. Sorensen
  *Counsel*

Robert B. Nicholson
Matthew A. Waring
  *Attorneys*

FEDERAL COMMUNICATIONS
  COMMISSION

U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
950 Pennsylvania Ave. NW
Washington, DC 20530

45 L Street NE
Washington, DC 20554
(202) 418-1740
fcclitigation@fcc.gov

*Counsel for Respondent
  United States of America*

*Counsel for Respondent Federal
  Communications Commission*

# CERTIFICATE OF COMPLIANCE

Certificate of Compliance With Type-Volume Limitation,
Typeface Requirements and Type Style Requirements

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

    ☒ this document contains <u>220</u> words, *or*

    ☐ this document uses a monospaced typeface and contains <u>    </u> lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    ☒ this document has been prepared in a proportionally spaced typeface using <u>Microsoft Word for Office 365</u> in <u>14-point Century Schoolbook</u>, *or*

    ☐ this document has been prepared in a monospaced spaced typeface using <u>    </u> with <u>    </u>.

<u>/s/ *Adam Sorensen*</u>
Adam Sorensen
*Counsel for Respondent*
*Federal Communications Commission*

# CERTIFICATE OF FILING AND SERVICE

I, Adam Sorensen, hereby certify that on May 16, 2025, I filed the foregoing Respondents' Unopposed Motion for Extension of Time to File Petition for Rehearing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Adam Sorensen*
Adam Sorensen
*Counsel for Respondent*
*Federal Communications Commission*