No. 24-60223

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

AT&T INC.,

*Petitioner,*

v.

FEDERAL COMMUNICATIONS COMMISSION
and UNITED STATES OF AMERICA,

*Respondents.*

On Petition for Review of an Order of
the Federal Communications Commission

# RESPONDENTS' SECOND MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING

Federal Respondents (the Federal Communications Commission and United States of America) request an additional extension of time of 30 days, to and including July 16, 2025, to file a petition for rehearing related to the panel decision dated April 17, 2025. Counsel for AT&T indicated that "AT&T opposes a further extension on the ground that it delays AT&T's ability to seek return of the $57 million that the FCC

collected pursuant to its unconstitutional forfeiture order. AT&T does not intend to file a separate response.".

1. This is Federal Respondents' second request for an extension. The panel issued a decision in this case on April 17, 2025, granting AT&T's Petition for Review and vacating a forfeiture order issued against AT&T. A petition for rehearing of the panel decision was originally due on June 2, 2025. On May 22, 2025, the Court granted Federal Respondents' first unopposed extension motion, extending the time in which to file a rehearing petition until June 16, 2025.

2. "[C]ompelling reasons" support Federal Respondents' request for additional time to consider whether to file a petition for rehearing and to prepare such a petition. 5th Cir. R. 40.2.4. This process requires consultation between the Federal Communications Commission and the Department of Justice, which represents the United States. Given the press of business in the coordinating offices, additional time is still needed to give the Department of Justice, including the Solicitor General, adequate time to consider whether to file a petition for rehearing *en banc*. *See* 28 C.F.R. § 0.20(b) (assigning authority to file *en banc* petition to Solicitor General). Federal Respondents are also awaiting the Supreme Court's decision in *McLaughlin Chiropractic Assocs., Inc. v. McKesson*

*Corp.*, No. 23-1226 (U.S., argued Jan. 21, 2025), the outcome of which may affect relevant circuit precedent. *See Verizon v. FCC*, No. 24-1733 (2d Cir.), Dkt. 96 at 1–2.

3. Federal Respondents thus request that the Court extend the deadline to file a petition for rehearing by 30 days, up to and including July 16, 2025.

## CONCLUSION

The motion for an extension of time to file a petition for rehearing should be granted.

Dated: June 9, 2025

Respectfully submitted,

/s/ Adam L. Sorensen

D. Adam Candeub
  *General Counsel*

Jacob M. Lewis
  *Associate General Counsel*

Sarah E. Citrin
  *Deputy Associate General Counsel*

Adam L. Sorensen
  *Counsel*

FEDERAL COMMUNICATIONS COMMISSION
45 L Street NE
Washington, DC 20554
(202) 418-1740
fcclitigation@fcc.gov

*Counsel for Respondent Federal
  Communications Commission*

Abigail A. Slater
  *Assistant Attorney General*

Robert B. Nicholson
Matthew A. Waring
  *Attorneys*

U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
950 Pennsylvania Ave. NW
Washington, DC 20530

*Counsel for Respondent
  United States of America*

# CERTIFICATE OF COMPLIANCE

Certificate of Compliance With Type-Volume Limitation, Typeface Requirements and Type Style Requirements

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

   ☒ this document contains <u>352</u> words, *or*

   ☐ this document uses a monospaced typeface and contains _____ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

   ☒ this document has been prepared in a proportionally spaced typeface using <u>Microsoft Word for Office 365</u> in <u>14-point Century Schoolbook</u>, *or*

   ☐ this document has been prepared in a monospaced spaced typeface using _____ with _____.

<u>/s/ *Adam L. Sorensen*</u>
Adam L. Sorensen
*Counsel for Respondent*
*Federal Communications Commission*

# CERTIFICATE OF FILING AND SERVICE

I, Adam Sorensen, hereby certify that on June 9, 2025, I filed the foregoing Respondents' Second Motion for Extension of Time to File Petition for Rehearing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Adam Sorensen*
Adam Sorensen
*Counsel for Respondent*
*Federal Communications Commission*