# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 22, 2025

Mr. Pratik A. Shah
Akin Gump Strauss Hauer & Feld, L.L.P.
2001 K Street, N.W.
Robert S. Strauss Tower
Washington, DC 20006

    No. 24-60223   AT&T v. FCC
                      USDC No. 24-40

Dear Counsel:

This letter will serve advise the parties that the court has requested a response to the Respondent's Petition for rehearing en banc to be filed in this office on or before August 1, 2025.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Christy M. Combel, Deputy Clerk
                            504-310-7651

cc:
    Ms. Mariel A. Brookins
    Mr. James Michael Carr
    Mr. Z.W. Julius Chen
    Ms. P. Michele Ellison
    Mr. Jacob Matthew Lewis
    Mr. Robert B. Nicholson
    Ms. Margaret O'Brien Rusconi
    Mr. Adam Sorensen
    Mr. Joshua Scott Turner
    Mr. Matthew A. Waring
    Mr. Robert J. Wiggers