# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 22, 2025
Lyle W. Cayce
Clerk

No. 24-60223

AT&T, Incorporated,

*Petitioner,*

*versus*

Federal Communications Commission; United States of America,

*Respondents.*

───────────────────────────────

Petition for Review from an Order of the
Federal Communications Commission
Agency No. 24-40

───────────────────────────────

ORDER:

The order withholding issuance of the mandate in this appeal is VACATED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT